IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00279-MSK-KLM

CECILIA GAXIOLA, and
NICOLAS LOPEZ,

    Plaintiff,

v.

ALFREDO FERNANDEZ,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion to Modify Scheduling Order** [Docket No. 15; Filed September 14, 2009] ("Joint Motion"). As a preliminary matter, the Court notes that the Motion does not comply with D.C. Colo. L. Civ. R. 10.1(E) in that it is not double spaced. Future motions which do not comply will be summarily denied.

IT IS HEREBY **ORDERED** that the Joint Motion is **GRANTED**. The Scheduling Order entered on September 25, 2009 [Docket No. 13] is amended to extend the following deadlines:

- Expert Designation Deadline     **October 19, 2009**
- Rebuttal Expert Designation Deadline     **November 19, 2009**

IT IS FURTHER **ORDERED** that the Settlement Conference set for September 30, 2009 at 1:30 p.m. is **vacated** and **RESET** to **November 5, 2009 at 1:30 p.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that counsel <u>shall have parties present</u> who shall have <u>full authority</u> to negotiate **all** terms and demands presented by the case, and <u>full authority</u> to enter into a settlement agreement, including an adjustor if an insurance company is involved. "Full authority" means that the person who attends the settlement conference has the complete and unfettered capacity and authority to meet all terms or pay all amounts which are demanded or sought by any opposing party in the case without consulting with some other person, committee, or agency.

No party shall be permitted to participate in the settlement conference by telephone, unless that party has obtained leave of court following the filing of an appropriate motion no later than five (5) business days prior to the settlement conference date.

**IT IS FURTHER ORDERED that the parties shall follow Magistrate Judge Mix's Instructions for Preparation of Confidential Settlement Statements, a copy of which is attached to Docket No. 12.**

Parties shall submit their Confidential Settlement Statement on or before **October 29, 2009**. Parties participating in ECF shall e-mail ONLY the Confidential Settlement Statement in PDF format to Mix_Chambers@cod.uscourts.gov. All additional settlement materials (*e.g.,* depositions transcripts, exhibits, etc.) are to be submitted to the court as hard copies. Any additional material shall be delivered to the office of the Clerk of the Court or mailed directly to Magistrate Judge Mix in an envelope marked "Confidential and Private per Magistrate Judge Mix's Order". Parties not participating in ECF shall submit all materials as hard copies.

**No party or attorney may make plans to leave or leave the scheduled**

**settlement conference before 5:30 p.m. without obtaining express permission from the Court in advance. Any party or attorney who schedules travel which requires departure from the settlement conference before 5:30 p.m. WILL BE REQUIRED TO MAKE ALTERNATE PLANS if the case has not settled by the departure time.**

Anyone seeking entry into the Byron Rogers United States Courthouse will be required to show <u>valid photo identification.</u>  *See* D.C.COLO.LCivR 83.2B.

Dated: September 16, 2009