# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: July 20, 2010 |
| Court Reporter: Paul Zuckerman | |

Civil Action No. 09-cv-00279-MSK-KLM

| *Parties*: | *Counsel Appearing:* |
|---|---|
| CECILIA GAXIOLA, | Evan Banker |
| NICOLAS LOPEZ, | Russel Hatten |
| Plaintiffs, | |
| v. | |
| ALFREDO FERNANDEZ, | Robert Zupkus |
| Defendant. | |

## COURTROOM MINUTES

HEARING: Rule 16

This hearing was converted from a Final Pretrial Conference.

**4:08 p.m.** **Court in session.**

Attorneys are present as listed above. Plaintiffs are present.

The Court addresses defendant's Motion for Partial Summary Judgment (**Doc. #28**).

**ORDER:** Defendant's Motion for Partial Summary Judgment (**Doc. #28**) is **DENIED.**

The Court addresses defendant's Motion for Summary Judgement on Lopez's claims (**Doc. #31**)

**ORDER:** Defendant's Motion for Summary Judgment on Lopez's claims (**Doc. #31**) is **DENIED.**

If the parties believe a final pretrial conference is necessary, counsel will contact chambers jointly to set same. A joint Final Pretrial Order will be filed in conformity with this courtroom's requirements. Party plaintiffs need not attend a Final Pretrial Conference.

The Court addresses the trial process and questions from counsel.

**4:44 p.m.     Court in recess.**

**Total Time:   36 minutes.**
**Hearing concluded.**